## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Brian Ketchum, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Energy Fabrication, Inc.; Bridgestone Hose | ) | |
| Power, LLC; and Parker Hannifin Corp., | ) | Case No. 1:25-cv-252 |
| | ) | |
| Defendants. | ) | |

**IT IS ORDERED**:

A mid-discovery status conference will be held on June 15, 2026, at 10:00 AM before the magistrate judge by telephone. To participate in the conference, the parties shall call (571) 353-2301 and enter "Call ID" 292466149. The conference may be recorded for the convenience of the court.

Dated this 30th day of December, 2025.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court